IN THE UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF TENNESSEE

NASHVILLE DIVISION

| | |
|---|---|
| Owen Bell | ) |
| | ) |
| | ) CASE NO. |
| Plaintiff | ) Jury Demanded |
| | ) |
| v. | ) |
| | ) |
| Sammy Bereznac & Co | ) |
| | ) |
| Defendants. | ) |

**CONSPIRACY, INTENTIONAL MISREPRESENTATIONS, INTENTIONAL FALSIFICATIONS, FRAUD & DEFAMATION, MALICIOUS PROSECUTION**

Comes now the plaintiff and files these complaints against the Defendants.

1. Conspiracy
2. Intentional Misrepresentations
3. Fraud
4. Defamation
5. Malicious Prosecution
6. Multiple Intentional Falsifications made during the Mar 2014 Trial, Case 3:11-cv-0674

**Prayers for Relief;**

a. A Compensatory monetary judgement as deemed appropriate by the Jury.

b. A Punitive monetary judgement as deemed appropriate by the Jury.

Respectfully Submitted,
Owen Bell
4099 Brick Church Pike
Whites Creek, TN 37189

This 24th day of Mar 2017

_____
OWEN BELL Pro Se

Copy sent to:

Sammy Bereznac & Co

Air Services Inc.

400 Regional Airport Rd

Carrollton, GA 30117    770-~~83~~-9002
                            836

## Interrogatories and Production of Items regarding N5ZX

Attached is a copy of the Bill of Sale for N5ZX from Sam Mollett to Aviation Enterprises dated 10 Apr 2008.

Please sign your name on the line that is applicable to you at this time.

1. There were statements made at the Mar 2014 N5ZX Trial that Sam Mollett still owned N5ZX in 2009 when Aviation Enterprises sold it to Bryan Farney.
   a. I _____ believe that Sam Mollett owned N5ZX in 2009.
   b. I _____ believe that Aviation Enterprises owned N5ZX in 2008, the year before it was sold to Bryan Farney.


Attached is a copy of the Fuel Transfer System Installation Instructions for the Wing Tip Tanks. Reference the Note under #10.

Please sign your name on the line that is applicable to you at this time.

2. There were several statements made at the Mar 2014 Trial that the round lightening hole in the wing ribs at station 222 had been torn to the bottom flange in order to accommodate a fuel line that was attached to the bottom inboard rear corner of the wing tip tanks.
   a. I _____ now believe that those ribs were torn.
   b. I _____ now believe that those ribs were carefully cut to the bottom flange and that the lower web was carefully pushed down to the bottom wing skin in order for the connecting fuel line to be properly attached to the lower rear corner of the wing tip tank.


**Note:** I am willing to pardon you for any and all of the misleading statements that you would like to ask to be pardoned for. Attached is a list of misleading statements that you can put a check mark beside all that you would like to be pardoned for.

**Attached is a List of the Misleading & False statements that were made during the Mar 2014 N5ZX Trial. Put a check mark beside all that you would like to be pardoned for.**


**Production of Items, Etc.**

1. One of the wing ribs from Station 222 that was stated at the Mar 2014 Trial, to be torn.

☆U.S. GPO: 2004-668-728

FORM APPROVED
OMB NO. 2120-0042

UNITED STATES OF AMERICA
U.S. DEPARTMENT OFF TRANSPORTATION FEDERAL AVIATION ADMINISTRATION

## AIRCRAFT BILL OF SALE

FOR AND IN CONSIDERATION OF $ THE UNDERSIGNED OWNER(S) OF THE FULL LEGAL AND BENEFICIAL TITLE OF THE AIRCRAFT DESCRIBED AS FOLLOWS:

UNITED STATES REGISTRATION NUMBER **N 5 Z X**

AIRCRAFT MANUFACTURER & MODEL **Cessna T337 G**

AIRCRAFT SERIAL No. **P3370273**

DOES THIS _____ DAY OF _____ 20 ___ HEREBY SELL, GRANT, TRANSFER AND DELIVER ALL RIGHTS, TITLE, AND INTERESTS IN AND TO SUCH AIRCRAFT UNTO:

Do Not Write In This Block
FOR FAA USE ONLY

**PURCHASER**
NAME AND ADDRESS
(IF INDIVIDUAL(S), GIVE LAST NAME, FIRST NAME, AND MIDDLE INITIAL.)

Aviation Enterprises
4099 Brick Church Pike
Whites Creek TN 37189

DEALER CERTIFICATE NUMBER

AND TO _____ EXECUTORS, ADMINISTRATORS, AND ASSIGNS TO HAVE AND TO HOLD SINGULARLY THE SAID AIRCRAFT FOREVER, AND WARRANTS THE TITLE THEREOF.

IN TESTIMONY WHEREOF **I** HAVE SET **my** HAND AND SEAL THIS **10** DAY OF ~~MAR~~ APR 20 **08**

| NAME (S) OF SELLER (TYPED OR PRINTED) | SIGNATURE (S) (IN INK) (IF EXECUTED FOR CO-OWNERSHIP, ALL MUST SIGN.) | TITLE (TYPED OR PRINTED) |
|---|---|---|
| SAM MOLLET III | Sam Mollet III | owner |
| | | |
| | | |
| | | |

**SELLER**

ACKNOWLEDGMENT (NOT REQUIRED FOR PURPOSES OF FAA RECORDING: HOWEVER, MAY BE REQUIRED BY LOCAL LAW FOR VALIDITY OF THE INSTRUMENT.)

**ORIGINAL: TO FAA**

AC Form 8050-2 (9/92) (NSN 0052-00-629-0003) Supersedes Previous Edition



Aviation Enterprises
WHITES CREEK, TN      37189
Ph 615/ 865-1802  FAX 615/ 865-9164  E-Mail owen.bell@juno.com

# FUEL TRANSFER SYSTEM INSTALLATION INSTRUCTIONS   WE-FTSII
## 3 Feb 97      Revision D   27 May 2000   (notes under #s 10 & 11 added)

First Item = Read all the instructions and check parts list. Drain enough fuel from the main tanks to get the level at least down to the bottom of the tank below the filler cap. Ground the Aircraft to the Earth (Ground)
All electrical wiring to be accomplished in accordance with FAA AC43.13-1 or as noted in the drawings,
Do not attach electrical wires to fluid lines. The pump wires may be run with nav light wires
Do not contact high voltage strobe light wires with the fuel gauge transmitter wires.
Center holes on stringer flanges where applicable, match the pump voltage 24 volts with the aircraft voltage 24 volts.
Use aircraft quality wire.    Fuel Line material = 5052-0 or 6061-0 = .030-.035

1. Mount the Cockpit controls SWITCH AND BREAKER ASSEMBLY at a location visible to the pilot. i.e. below the pilots instrument panel or in the overhead panel. placard = (Tip Tank Transfer Pumps) Left    Right
2. Mount the fuel gage, AEFMG-DUAL and switch if desired, at a location visible to the pilot. i.e. below the pilots instrument panel or in the overhead panel.   Mount the 1 amp breaker below the pilot instrument panel
3. Remove the wing extension. (if it was previously installed for fitting purposes)
4. Install the FTS&HA (Fuel Tank Screen and Hose Assembly) in the 3/8" npt fuel outlet opening on the inboard end ~27" back from the leading edge. Attach a 6 1/2" by 3/8 fuel hose to the fuel tank outlet with dual hose clamps. (Apply torque seal to the screw clamps.)
5. Install the 1 1/4" Vent Nozzle, in the alternate vent (1/4" b y 20 threaded outlet) ~12" back of the leading edge, ~1" inboard of the outer end of the extension on the lower surface.
(Alternate = Install the 90 degree vent tube nipple to the vent outlet on the inboard end close to the upper edge ~12 " back from the leading edge then attach the 12" by 1/4 vent hose to the vent outlet with a hose clamp.)
6. Install the 1 1/4" Vent Nozzle with 1/4" b y 20 threads in the vent tube, ~12" back of the leading edge at the outer end of the wing extension)
(Alternate = see alternate Vent in #5 above)  install the 1/4" by 2 ½" aluminum vent tube the end rib with a cushion clamp. Secure the trailing end with safety wire to the main tank vent tube
7. Install the Fuel level sender assembly on the inboard or outboard end of the wing extension ~7 5/8" back of the front spar with fuel proof gasket and the 5 attaching bolts.
8. Install the fuel cap assembly in the wing extension in the fuel cap recess on the top at the outer end with a fuel proof gasket and the attaching bolts and nuts.
9. Cut a ~3.5-4" hole in the bottom wing skin adjacent to the appropriate rib opening between 2-10.5 inches aft of the front (Main) spar,  (on the 1977 P-model, centered ~2.375" aft of the leading skin edge and ~2.25" lateral to the inboard edge of the Aileron servo inspection hole) then enlarge if needed to a maximum of 4" diameter. (Use extreme caution to avoid cutting the spar, ribs or stringers.)
Note: (on 1973 P-model, centered ~2 7/8" lateral to the lower wing skin edge that is just lateral to the main fuel tank, and centered between the front spar and the front stringer. Plus a second one centered between the 3rd and 4th stringers)
This will allow access to the end of the fuel tank, through a rib opening to allow installation of the fuel pick up in the end of the tank. ~7" back of the front spar
10. Cut 2 each 3 ½-4" inspection holes in the lower skin  centered 2 1/2" inboard of the wing extension, 1 located in front of the front spar, the 2nd between the rear spar and the most rearward stringer. This will give access the fuel tip tank outlet connector hose clamps just forward of the rear spar.
Note: Carefully cut the lower web in the lightening hole just forward of the rear spar in the end rib to the bottom flange. Carefully push the lower web of this lightening hole inward and downward so it is adjacent to the lower wing skin. This will accommodate the fuel pick up line to be attached to the tip tank fuel outlet.
11. Install the Fuel Tank Input Assembly in the main fuel tank  = Part # FTIA  (drill a 9/16 " hole in the end of the outboard fuel tank at a convenient opening in  the rib between ~2.5 to 10.5" rearward of the front spar and ~1to 1 1/2" below the tank seam. Then place the bulkhead fitting in the tank opening with a washer and  O-ring inside the tank then place a washer and Nut on the outside of the tank. Tighten to insure a good fuel seal.
Note: Apply a torque seal reference spot on the Nut)
Note: (on 1973 P-model, the 9/16" fuel transfer inlet hole works well in the 2nd rib opening behind the front spar about 1" above the tank seam

12. Mount the fuel transfer pump outboard of the main fuel tank aft of the aileron control servo inspection plate, on a mounting bracket with the 1/4" bolts through the pump flanges and the bottom skin. Then secure the bracket to the stringers and skin with four #8-32 stainless machine screws. (or other appropriate location)
13. Run a 3/8" aluminum fuel line from the main tank FTIA rearward to the transfer pump, then lateral to the tip tank outlet just forward of the leading edge of the aileron.
14. Re-install the wing extension in reverse order of removal. (Be careful not to entrap the position light wiring at the leading edge between the extension and wing end.) Connect the 6 1/2" fuel hose to the 3/8 alum line with dual hose clamps, seal with torque seal after the leak tests
15. Use a 3/8" cushion clamps to stabilize the fuel line where necessary
16. Run the 18 gage 3 wire plus ground shielded cable from the cockpit through the cabin side walls at the wing roots and through the leading edge of the wing to the fuel transfer pump. Supplied are 2 each 1/4 by 7/16 grommets for the cabin side walls at the wing roots and 2 each ~1/2 by 3/4" for the cabin supports.
(Seal the cabin through holes with special fuselage sealant)
17. Attach the ground wire to the rib with a #8 or larger stainless steel screw. Attach the pump wire to the pump, then run a 2 wire with ground to the Fuel Sender in the Tip Tank and attach to the Fuel Sender and the Fuel Gauge as per the Electrical Diagram.
18. Run a 14-16 gauge wire from the main bus bar to the two 5 amp breakers then run individual 18 gauge wires from each 5 amp breaker to the corresponding switch then run the 18 gauge shielded wire with ground to the fuel transfer pump in each wing.
19. (If appropriate) Run a 18 gauge wire from the main bus bar to the 1 amp breaker which supplies current for the Fuel gage (On some gauges the current is supplied via the senders, see the diagram)

20. Install the Quick Drain Sump Valve (AECAV-180) 4 1/8" from trailing edge, ~3 1/8" lateral to aileron cutout.

21. Fill the tip tanks and check for proper operation of the fuel gages at empty, 1/2 and full. (Calibrate before filling and after full as per the calibration instructions with the fuel sender units) **See #24 below**

22. Operate the transfer pumps and check for leaks while running the pumps to insure that they operate properly and that the fuel is indeed being transferred from the wing tip tank, and that fuel does not leak at the joints.

23. Apply a torque seal inspection **reference spot** on the edge of each fuel line nut.

24. Tip Tank Fuel Gauge Calibration: a. With the tank empty, Gently turn both adjusting screws fully clockwise.
b. Turn the Master switch on, then turn the "empty" screw slowly counter-clockwise until the needle points just
   below "empty" on the gauge. Slowly turn the screw clockwise until the needle reaches the "empty" mark.
   Stop! This is the empty calibration point.
c. Fill the tank with fuel to the normally full level. Turn the "full" screw counterclockwise until the gauge reads
   "full". This is the full calibration point.

25. Install the 5" inspection cover plates (drill 1/8" leak detection holes in the center of the covers that are adjacent to the main tank, and at the fuel sender and tip tank outlets, before installation)

26. Install placards as per Placards plac-ft 3 Feb 97, Revision B, 12 Jan 2000 (or later revision)

27. Make entry in aircraft log at time of completion

28. Complete a FAA form 337 and make appropriate changes on the Weight & Balance and equipment list.

29. Attach a copy of the STC, 337 form and revised equipment list to the permanent aircraft records.
      Attach the revised Wt & Bal to the Pilot Operating Manual
      Attach the Supplemental Flight Manual to the Pilots Operating Manual
   **Note:** (be sure that none of the wires or fuel lines interfere with the aileron control cables)
**Weight & Balance ~ 8 lbs at Station 150**

# Falsifications by Sammy Bereznac – The Key Expert Witness

From Vol 2 of the Mar 2014 Transcript   Case # 3:11- 0674

1. P21L24 thru P22L3 "we notices both outboard ribs at the attach point for the STC winglet fuel tank extensions had a large tear at the lightening hole."
2. "It was obvious that the tear was intentionally put there."
3. P28L4 "the rib being torn open"
4. P28 L16-17 "you can't return these spar caps to service."
5. P29 L5-7 "just to add a doubler was not going to get it, as far as the spar cap subject"
6. P30L9-13 you stated that the FAA didn't know where the engineering data was for the wingtip extension stuff (Did you ask them if they had checked in their files for the data?)
7. P30 L14 you stated that you didn't know where the data was. (Did you ask them if they had checked in their files for the data?) (Did you contact the STC owner for the data?)
8. P30 L22-23 "absolutely certain that there was no hope for these spar caps on these wings"
9. P31L2-4 "The FAA said they had looked in the STC files and not found anything they could bring with them"
10. P31L11-13 "You would expect to have some pretty serious engineering stress numbers, flutter test, all kinds of tests that would justify the installation." (Did you ever consider calling the STC holder and asking if there was engineering data?)
11. P31L14-18 "I had been exposed to other Aviation Enterprises STCs in the past, and there was never any—I never saw any proof of any engineering on any of them. So it didn't surprise me that this didn't have any either" (Did you ever consider calling the STC holder and asking if there was engineering data?)
12. P31L19-20 The FAA didn't have any engineering data.
13. P39L6-7 "It should have been a nut and washer on the other side of it" (Not being an engineer, shouldn't you have clarified that to be your opinion?)(Did you contact the STC holder any time prior to this trial to see if there was engineering data and approval for the drilled and tapped holes in the spar caps?)
14. P40L4  you state that drilling and tapping "weakens it" meaning the spar cap
15. P45L8-9 "ripped portion of the rib"
16. P45L12-14 "It's ripped, and basically there's no strength left to it. It's destroyed."
17. P45L17-18 "I don't call it cut, I'd call it ripped"
18. P46L1-2 "this hole had to be ripped open to do this"
19. P46L4  reference to as ripping up or butchering the wing rib
20. P50L18-19 "the FAA engineering said you cannot reuse these spar caps."
21. P50L21 "The wings are unserviceable"
22. P63L11-13 no wings were available (Did you consider calling the STC holder to see if they had any wings?)
23. P65L12-14 you stated that the whole airplane had to be repainted after the wings were changed "so they would match"

NOTE: Please put a check mark beside each of the above statements that you would like to be pardoned for, that is not held responsible for.

_____   _____
Print your name:                          Signature: